ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Quantico Tactical Inc.                               )   ASBCA No. 62670
                                                     )
Under Contract No. SPM8EJ-14-D-0008 *et al.*         )

APPEARANCES FOR THE APPELLANT:          Gail D. Zirkelbach, Esq.
                                        Nkechi Kanu, Esq.
                                        Michelle Onibokun, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC


APPEARANCES FOR THE GOVERNMENT:         Daniel K. Poling, Esq.
                                          DLA Chief Trial Attorney
                                        Steven C. Herrera, Esq.
                                        J. Maxwell Carrion, Esq.
                                        Lindsay A. Salamon, Esq.
                                          Trial Attorneys
                                          DLA Troop Support
                                          Philadelphia, PA


ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 21, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62670, Appeal of Quantico Tactical Inc., rendered in conformance with the Board's Charter.

Dated:  September 27, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals